UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

ZACHREY MARTZ,

    Plaintiff

v.

JOHN WETZEL, et al.,

    Defendants

Civil No. 3:19-cv-0935

(Judge Mariani)

FILED
SCRANTON
OCT 0 2 2019
PER _____
DEPUTY CLERK

## ORDER

Upon consideration of Plaintiff's motion for reconsideration of this Court's July 24, 2019 Order, dismissing the above captioned action for Plaintiff's failure to comply with this Court's June 4, 2019 Administrative Order, requiring him to fully complete, sign and file an updated application to proceed *in forma papueris*, the proper forms having been included with the order, and it appearing that Plaintiff seeks reinstatement of his case on the sole statement that he "sent [his] 6 months account", yet failed to submit the required forms, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's motion for reconsideration (Doc. 8) is **DENIED**, without prejudice to Plaintiff filing a new action.

2. The Clerk of Court shall enclose a copy of this Court's form used to file a Civil Rights action pursuant to 42 U.S.C. § 1983 and the required financial information forms.

_____
Robert D. Mariani
United States District Judge